Adolphe Mounkassa, pro se.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Adolphe Mounkassa appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mounkassa v. United States,* No. CA–01–65–5–BR (E.D.N .C. March 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Cedric Boyd, pro se.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Cedric Boyd appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Boyd v. Gregory,* No. CA–01–204–2 (E.D.Va. Mar. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Cedric BOYD, Plaintiff–Appellant,

v.

Captain GREGORY, Correctional Officer; Sergeant Everton, Supervisor of C Platoon, Defendants–Appellees.

No. 01–6561.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

In re Rodney Eugene SMITH, Petitioner.

No. 01–6576.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

Rodney Eugene Smith, Petitioner pro se.